OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

**02 1M**    **$ 00.26⁵**
0004279596    DEC 08 2014
MAILED FROM ZIP CODE 78701

**12/3/2014**
**VAUGHN, CHARLES EDWARD**   **Tr. Ct. No. 1093573-A**    **WR-82,515-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

CHRISTOPHER H. WARREN
1314 TEXAS AVE., SUITE 712
HOUSTON, TX 77002

Moved

H3B 77002